**Darrel Lee WILBER, Inventor–Author, Appellant**

v.

**UNITED STATES GOVERNMENT, Appellee.**

No. 10–5164.

United States Court of Appeals, District of Columbia Circuit.

Oct. 19, 2010.

Darrel Lee Wilber, Waldorf, MD, pro se.

R. Craig Lawrence, U.S. Attorney's Office, Washington, DC, for Appellee.

BEFORE: SENTELLE, Chief Judge; and ROGERS and GRIFFITH, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief and appendix filed by the appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order dismissing appellant's complaint without prejudice be affirmed. The district court correctly determined the complaint failed to comply with Fed. R.Civ.P. 8(a) and provided no basis upon which the court could discern whether it had subject matter jurisdiction.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.